**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Greenpeace, Inc. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>The Dow Chemical Company, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:10-CV-02037-RMC<br>The Hon. Rosemary M. Collyer |

## NOTICE OF ERRATA

On March 25, 2011, Plaintiff filed its Opposition to Defendant George Ferris's Motion for Summary Judgment and supporting exhibits A through G. Plaintiff omitted the following documents: Plaintiff's Statement of Material Facts in Dispute in Opposition to Defendant Ferris's Motion for Summary Judgment; Plaintiff's Statement of Undisputed Facts in Opposition to Defendant Ferris's Motion for Summary Judgment; and Affidavit of Victoria S. Nugent In Support of Plaintiff's Application For Stay Of Its Opposition to Defendant George Ferris's Motion for Summary Judgment. The aforementioned documents are being filed concurrently herewith.

| | |
|---|---|
| Dated: March 25, 2011 | By:   /s/ Victoria S. Nugent |

        Victoria S. Nugent (D.C. Bar No. 470800)
        Kit A. Pierson (D.C. Bar No. 398123)
        George F. Farah (D.C. Bar No. 992638)
        Emmy L. Levens (D.C. Bar No. 997826)
        Robert Cacace (D.C. Bar No. 999006)
        COHEN, MILSTEIN, SELLERS & TOLL P.L.L.C.
        1100 New York Avenue, N.W.
        Suite 500, West Tower
        Washington, DC  20005
        Telephone:   (202) 408-4600
        Facsimile:    (202) 408-4699

        John P. Relman
        Reed N. Colfax
        RELMAN, DANE & COLFAX PLLC
        1225 19th Street, N.W.
        Washington, DC  20036

        Telephone:  (202) 728-1888
        Facsimile:   (202) 728-0848

        *Attorneys for Plaintiff Greenpeace, Inc.*