# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **GREENPEACE, INC.,** | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) ) ) | Civil Action No. 10-2037 (RMC) |
| **THE DOW CHEMICAL COMPANY,** *et al.* | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant Dezenhall Resources Ltd.'s Motion to Dismiss [Dkt. # 48]; Defendant Dow Chemical Company's Motion to Dismiss [Dkt. # 49]; Defendant Ketchum, Inc.'s Motion to Dismiss [Dkt. # 54]; Defendant Sasol North America, Inc.'s Motion to Dismiss [Dkt. # 56]; and Defendants Jay Arthur Bly, George Ferris, Michael Mika and Timothy Ward's Motion to Dismiss [Dkt. # 57] are **GRANTED**; and it is

**FURTHER ORDERED** that Defendant Dow Chemical Company's Motion to Stay Discovery [Dkt. # 50]; Defendant Ketchum, Inc.'s Motion to Stay Discovery [Dkt. # 55]; Defendant Dezenhall Resources, Ltd.'s Motion to Stay Discovery [Dkt. # 58]; and Defendants Jay Arthur Bly, George Ferris, Michael Mika and Timothy Ward's Motion to Stay Discovery [Dkt. # 59] are **DENIED** as moot; and it is

**FURTHER ORDERED** that Defendant George Ferris's Motion for Summary

Judgment [Dkt. # 46] is **DENIED** as moot; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is now closed.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

**SO ORDERED.**


Date:  September 9, 2011                                        /s/
                                                      ROSEMARY M. COLLYER
                                                      United States District Judge